# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

NODIR BERNANKE,                         )
                                        )
      Petitioner,                       )
                                        )
v.                                      )          Case No. CIV-26-103-D
                                        )
KRISTI NOEM, et al.,                    )
                                        )
      Respondents.                      )

## JUDGMENT

Pursuant to the Court's Order entered this date, the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED IN PART**. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

**ENTERED** this 27th day of March, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge